**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JUDGE JANIS L. SAMMARTINO)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**ERIK BARNETT BENSON**,<br><br>　　　　　Defendant. | Case No.: 18-CR-3615-JLS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION**<br><br>**[ECF No. 139]** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's unopposed motion to modify the conditions of his probation is **Granted**. The GPS location tracking device being worn by MR. BENSON shall be removed and that condition deleted from the terms of his probation.

**IT IS SO ORDERED.**

Dated:  May 26, 2020

　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge